■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE FLORES, Appellant. [39 NYS3d 758]—Order, Supreme Court, New York County (Megan Tallmer, J.), entered on or about July 30, 2013, which adjudicated defendant a level two sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court providently exercised its discretion in declining to grant defendant's request for a downward departure to a risk level one (see *People v Gillotti*, 23 NY3d 841 [2014]). The mitigating factors defendant relied upon were adequately taken into account in the risk assessment instrument, and were, in any event, outweighed by the egregiousness of defendant's underlying conduct, committed against a child. Concur—Tom, J.P., Mazzarelli, Richter, Manzanet-Daniels and Webber, JJ.